**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ANGELA ADDISON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DST SYSTEMS, INC.,<br><br>Defendant. | Case No.: 4:21-mc-09187-SRB |

**NOTICE OF MOTION**
**FOR AN ORDER COMPELLING ARBITRATION**

TO: DST Systems, Inc.
333 W 11th St
Kansas City, MO 64105

Registered Agent:
CSC-Lawyers Inc. Service Company
221 Bolivar St.
Jefferson City, MO 65101

A Motion for an Order Compelling Arbitration has been filed with the U.S. District Court for the Western District of Missouri. A hearing may be had on the Motion on five days' notice of the Motion. Therefore, a hearing may be had in as little as five days after your receipt of this Notice. *See Unionmutual Stock Life Ins. Co. of Am. v. Beneficial Life Ins. Co.*, 774 F.2d 524, 526 (1st Cir. 1985). A copy of the Motion is attached.

Date: November 10, 2021

THE KLAMANN LAW FIRM

BY: */s/ Andrew Schermerhorn*

John M. Klamann MO 29335
Andrew Schermerhorn MO 62101
4435 Main Street, Suite 150
Kansas City, MO 64111
Telephone: (816) 421-2626
Facsimile: (816) 421-8686
jklamann@klamannlaw.com

ajs@klamannlaw.com

KAPKE & WILLERTH
Ted Kapke MO 52114
Mike Fleming MO 53970
3304 N.E. Ralph Powell Road
Lee's Summit, MO 64064
Telephone: (816) 461-3800
Facsimile: (816) 254-8014
ted@kapkewillerth.com
mike@kapkewillerth.com

WHITE, GRAHAM, BUCKLEY & CARR
William Carr MO 40091
Bryan T. White MO 58805
19049 East Valley View Parkway
Independence, Missouri 64055
(816) 373-9080 Fax: (816) 373-9319
bwhite@wagblaw.com

HUMPHREY, FARRINGTON &
McCLAIN
Kenneth B. McClain MO 32430
221 West Lexington, Suite 400,
P.O. Box 900
Independence, Missouri 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com

Civil Action No. 4:21-mc-09187

## PROOF OF SERVICE

This notice to DST Systems, Inc. was received by me on 11-10-21 *(date)*.

☒ I personally served the notice on DST Systems, Inc. at 221 Bolivar St. Jefferson City, MO *(place)* on 11-10-21 *(date)*; or

☐ I left the notice at DST Systems, Inc.'s principal place of business with ______ *(name)*, a person of suitable age and discretion who resides there, on ______ *(date)*, and mailed a copy to the individual's last known address; or

☒ I served the notice on *(name of individual)* Lauren Shipley, who is designated by law to accept service of process on behalf of DST Systems, Inc., on 11-10-21 *(date)*

☐ I returned the notice undelivered because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 11-10-21

Rufus R. Harmon
*Server's signature*

Rufus R. Harmon process server
*Printed name and title*

P.O Box 1794 Jefferson City, Mo.
*Server's address*

Additional information regarding attempted service, etc: